## Case No. 14,919a.

### UNITED STATES v. DASHIELL.

[Nowhere reported; opinion not now accessible.]